UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:24-cv-2594-SK                                                    Date: June 3, 2024

Title   Armstrong v. Imperfect Foods

Present: The Honorable:  Steve Kim, United States Magistrate Judge

|  Connie Chung  |  n/a  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE**

In accordance with the court's April 15, 2024 order setting scheduling conference, the parties had to file a joint Rule 26(f) report and discovery plan, including a proposed scheduling order, by no later than May 29, 2024. (ECF 13). When no joint report and proposed order were filed by that deadline, the court's deputy clerk sent a courtesy reminder email to all counsel of record on May 30, 2024 at 12:25 pm. But as of this order, the parties have still not complied with the court's order, nor has any counsel even responded to the deputy clerk's courtesy email.

For these reasons, the parties and their counsel are ORDERED TO SHOW CAUSE in writing by no later than 3 pm PT on June 5, 2024, why they should not be sanctioned under Rule 16(f) of the Federal Rules of Civil Procedure for failure to obey the court's orders. The parties may discharge this order by filing the required Rule 26(f) documents and proposed scheduling order (in accordance with the court's April 15, 2024 order) by the show-cause deadline. But if any party fails to timely comply with this show-cause order, the court may impose "any just orders" with no further notice as sanctions against the parties and their counsel for noncompliance. Fed. R. Civ. P. 16(f)(1).

Meanwhile, the remote scheduling conference set for 10 AM on June 5, 2024 is vacated, with the option to reset that scheduling conference on a later available date depending on the parties' response(s) to this show-cause order.

IT IS SO ORDERED.